SPONGE CLEAN PRODUCTS, INC.

v.

THEODOR SCHIFFMAN.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. EARL J. GREENSWEIGHT.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LEE HICKS.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL BEECHER.

November 10, 1982.

Petition for certification dismissed as moot.